1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

MICHAEL L. OVERTON,

Plaintiff,

Case No. 18-04772 EJD (PR)

12

v.

**ORDER OF DISMISSAL**

13
14

ATASCADERO STATE HOSPITAL,

15

Defendant.

16
17
18

On August 8, 2018, Plaintiff, a state prisoner proceeding pro se, filed civil rights

19

complaint pursuant to 42 U.S.C. § 1983, against officials at Atascadero State Hospital

20

where he was housed. (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice

21

that he needed to either pay the filing fee or file an In Forma Pauperis ("IFP") Application

22

or face dismissal. On August 20, 2018, the notice sent to Plaintiff was returned to the

23

Court as undeliverable because Plaintiff was no longer at the facility. (Docket Nos. 2, 3.)

24

On October 19, 2018, the Clerk re-sent the deficiency notice to a different facility.[1] The

25

notice sent to the different facility has not been returned. To date, Plaintiff has not had any

26
27

---

[1] On October 16, 2018, Plaintiff filed another civil rights complaint pursuant to 42 U.S.C.
§ 1983 in this Court, (*Overton v. Overton*, 18-cv-06325-CRB), which lists his address as

28

California Health Care Facility in Stockton. In an abundance of caution, the Court directed
the Clerk to send the deficiency notice in this action to that facility.

1    further communication with the Court since initiating this action.

2         Pursuant to Northern District Local Rule 3-11, a party proceeding <u>pro se</u> must

3    promptly file a notice of change of address while an action is pending.  <u>See</u> L.R. 3-11(a).

4    The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

5    se party by the Court has been returned to the Court as not deliverable, and (2) the Court

6    fails to receive within sixty days of this return a written communication from the <u>pro se</u>

7    party indicating a current address.  <u>See</u> L.R. 3-11(b).

8         More than sixty days have passed since the mail addressed to Plaintiff Atascadero

9    State Hospital was returned as undeliverable.  The Court has not received a notice from

10   Plaintiff regarding a new address, or a response to the notice sent to the facility listed in

11   Plaintiff's later filed action.  Accordingly, the instant civil rights action is **DISMISSED**

12   without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

13        The Clerk shall terminate any pending motions.

14        **IT IS SO ORDERED.**

15   Dated:  _12/3/2018_____

16                                            EDWARD J. DAVILA
                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27   Order of Dismissal
     PRO-SE\EJD\CR.18\04772Overton_dis-LR3

28                                    2